NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Daniel C. DeCarlo, SB #160307 (213) 250-1800
Donald Gindy, SB#45228 / Joshua S. Hodas, SB #250802
LEWIS BRISBOIS BISGAARD & SMITH, LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012

ATTORNEY(S) FOR: Plaintiff VBCONVERSIONS LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBCONVERSIONS LLC, a California limited liability company,<br><br>Plaintiff(s),<br>v.<br><br>TYLER TECHNOLOGIES, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br>2:14-cv-2072<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   VBCONVERSIONS LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| VBCONVERSIONS LLC | Plaintiff |
| TYLER TECHNOLOGIES, INC. | Defendant |

March 19, 2014
Date

Signature
JOSHUA S. HODAS

Attorney of record for (or name of party appearing in pro per):

VBCONVERSIONS LLC

