**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DECARLO, SB# 160307
E-Mail: Dan.Decarlo@lewisbrisbois.com
DONALD M. GINDY, SB# 45228
E-Mail: Donald.Gindy@lewisbrisbois.com
JOSHUA S. HODAS, SB# 250802
E-Mail: josh.hodas@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff,
VBCONVERSIONS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WEST REGION

| | |
|---|---|
| VBCONVERSIONS LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> TYLER TECHNOLOGIES INC., a Delaware Corporation; and DOES 1-10, inclusive, <br><br> Defendants. | **CASE NO. 2:14-cv-2072** <br><br> **PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** <br><br> **[Central Dist. L.R. 83-1.4]** <br><br> **Action Filed:  March 19, 2014** |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**

2 **RECORD:**

3      Pursuant to Central District Local Rule 83-1.4,  Plaintiff, VBConversions

4 LLC ("VBC), herby gives notice that the Complaint it has filed in this matter

5 involves "a material part of the subject matter" of another action currently pending

6 in the United States District Court for the Eastern District of Texas, Sherman

7 Division.  In *Tyler Technologies, Inc. v VBConversions LLC*, Civil Action No. 4:14-

8 cv-00150, filed March 14, 2014,  the Defendant herein, Tyler Technologies, Inc.

9 ("Tyler") is seeking declaratory judgment of non-infringement with respect to the

10 exact same violations of the Copyright Act and the Digital Millenium Copyright Act

11 set forth in VBC's Complaint in this action. In that action, Tyler is represented by:

12      John F. Sullivan, Lead Attorney
     Texas State Bar No. 19485010

13      john.sullivan@klgates.com
     K&L Gates LLP

14      1000 Main St, Suite 2550
     Houston, Texas 77002

15      713.815.7330 / 713.815.7301 Facsimile

16      Craig W. Budner
     Texas State Bar No.03313730

17      craig.budner@klgates.com
     Jennifer Klein Ayers

18      Texas State Bar No. 24069322
     jennifer.ayers@klgates.com

19      K&L Gates LLP
     1717 Main St. Suite 2800

20      Dallas, TX 75201
     214.939.5500 / 214.939.5849 Facsimile

21

22 DATED: March 19, 2014

23                          LEWIS BRISBOIS BISGAARD & SMITH LLP

24

                          By: _____

25                          Joshua S. Hodas

26                          Attorneys for Plaintiff,

27                          VBCONVERSIONS LLC

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW