# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge  **Manuel L. Real**  and to

Magistrate Judge  **Victor B. Kenton**  .

The case number on all documents filed with the Court should read as follows:

### 2:14–CV–2072–R (VBKx)

 Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery–related motions.

Clerk, U.S. District Court

 March 19, 2014
Date

By  /s/ *Marilyn Davis*
  Deputy Clerk

## ATTENTION

*A copy of this Notice must be served on all parties served with the Summons and Complaint (or, in cases removed from state court, on all parties served with the Notice of Removal) by the party who filed the Complaint (or Notice of Removal).*

CV–18 (02/14)          **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**