1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   DANIEL C. DECARLO, SB# 160307
2    E-Mail: Dan.DeCarlo@lewisbrisbois.com
   JOSHUA S. HODAS, SB# 250802
3    E-Mail: Josh.Hodas@lewisbrisbois.com
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Plaintiff,
   VBCONVERSIONS LLC
7

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| 11 | VBCONVERSIONS LLC, a California limited liability company, | CASE NO. 2:14-cv-02072-R-VBK |
|---|---|---|
| 12 | | **PROOF OF SERVICE** |
| 13 | Plaintiff, | Trial Date:   None Set |
| 14 | vs. | |
| 15 | TYLER TECHNOLOGIES INC., a Delaware Corporation; and DOES 1-10, inclusive, | |
| 16 | | |
| 17 | Defendant. | |

PROOF OF SERVICE

2:14-cv-02072-R-VBK

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>DANIEL C. DECARLO, Bar #160307<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>221 NORTH FIGUEROA STREET<br>SUITE 1200<br>LOS ANGELES, CA  90012<br>*Telephone No:* 213-250-1800     *FAX No:* 213-250-7900 | *For Court Use Only* |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Central District Of California

*Plaintiff:* VBCONVERSIONS LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
*Defendant:* TYLER TECHNOLOGIES, INC., A DELAWARE CORPORATION

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:14-CV-2072-R (VBKX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER RE: NOTICE TO COUNSEL; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1).

3. a. *Party served:*       TYLER TECHNOLOGIES, INC., A DELAWARE CORPORATION
   b. *Person served:*      LO SAECHAO, PROCESS SPECIALIST, CAPITAL CORPORATE SERVICES INC., REGISTERED AGENT FOR SERVICE. SERVED UNDER F.R.C.P. RULE 4

4. *Address where the party was served:*   455 CAPITAL MALL
                                            SUITE 217
                                            SACRAMENTO, CA  95814

5. *I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jun. 09, 2014 (2) at: 1:15PM

7. ***Person Who Served Papers:***                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. VICTOR  MORENO                                        d. ***The Fee for Service was:***

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i)   Owner
      (ii)  Registration No.:
      (iii) County:

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Jun. 10, 2014

                                                                (VICTOR MORENO)

| *Judicial Council Form*<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE** | 5881354   .dandec.622042 |
|---|---|---|