1  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   DANIEL C. DECARLO, SB# 160307
2     E-Mail: Dan.DeCarlo@lewisbrisbois.com
   JOSHUA S. HODAS, SB# 250802
3     E-Mail: Josh.Hodas@lewisbrisbois.com
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Plaintiff,
   VBCONVERSIONS LLC

7

8               UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 VBCONVERSIONS LLC, a California       CASE NO. 2:14-cv-02072-R-VBK
   limited liability company,
12                                       Assigned to Hon. Manuel L. Real
                Plaintiff,
13                                       **STIPULATION TO EXTEND TIME**
         vs.                             **TO RESPOND TO INITIAL**
14                                       **COMPLAINT BY NOT MORE**
   TYLER TECHNOLOGIES INC., a            **THAN 30 DAYS (L.R. 8-3)**
15 Delaware Corporation; and DOES 1-10,
   inclusive,                            Complaint Served:  June 9, 2014
16                                       Current Response Date: June 30, 2014
                Defendant.               New Response Date: July 15, 2015
17

18

19

20

21

22

23

24

25

26

27

28

4813-0667-1899.1                                          2:14-cv-02072-R-VBK
STIPULATION TO EXTEND TIME TO ANSWER LESS THAN 30 DAYS

1   Defendant TYLER TECHNOLOGIES, INC. ("Tyler") and Plaintiff

2   VBCONVERSIONS, LLC ("VBConversions") hereby enter into this Stipulation to

3   Extend Time to Respond to the Initial Complaint By Not More than 30 Days (L.R.

4   8-3) with reference to the following facts:

5          Whereas, Defendant was served with the initial Complaint in this case on

6   June 9, 2014, and its response would therefore ordinarily be due by June 30, 2014;

7          Now, therefore, by and through their respective counsel of record, Tyler and

8   VBConversions hereby stipulate that the time for Tyler to answer, move, or

9   otherwise respond to the initial Complaint shall be extended fifteen (15) days,

10  through and including July 15, 2014, a period of time that is not more than 30 days.

11  Tyler reserves all rights, including rights to contest venue and jurisdiction.

12         This stipulation is made pursuant to Local Rule 8-3, which permits the parties

13  to stipulate to extend the time to respond to an original complaint for a period of

14  time not more than 30 days without judicial approval.

15  DATED: June 25, 2014              K&L GATES  LLP

16

17                                    By: _____/s/ Seth A. Gold_____

18                                        Seth A. Gold
                                          Attorneys for Defendants Tyler
19                                        Technologies, Inc.

20         All signatories listed, and on whose behalf the filing is submitted, including

21  that below, concur in the filing's content and have authorized the filing.

22

23  DATED: June 25, 2014              LEWIS BRISBOIS BISGAARD & SMITH  LLP

24

25                                    By: _____/s/ Joshua S. Hodas_____

26                                        Joshua S. Hodas
                                          Attorneys for Plaintiff VBConversions
27                                        LLC

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW