1
2
3
4

**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

5
6

Seth A. Gold (SBN 163220)
seth.gold@klgates.com
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com

7
8

Attorneys for Defendant Tyler Technologies, Inc.

9  UNITED STATES DISTRICT COURT

10  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBCONVERSIONS LLC, a California limited liability company, | Case No. 2:14-cv-02072-R-VBK |
| Plaintiff, | **NOTICE OF APPEARANCE OF SETH A. GOLD** |
| vs. | [Assigned to the Hon. Manuel L. Real] |
| TYLER TECHNOLOGIES INC., a Delaware Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** Defendant Tyler Technologies, Inc. ("Tyler" or "Defendant"), by and through their attorneys, K&L Gates LLP, hereby file this Notice of Appearance of Seth A. Gold.

1. K&L Gates LLP represents Tyler in this matter. The contact information for Seth A. Gold of K&L Gates LLP is as follows: 10100 Santa Monica Blvd., 7th Floor, Los Angeles, California 90067, telephone number (310) 552-5000, and facsimile number (310) 552-5001. Seth A. Gold is a partner at K&L Gates LLP. As of the date of this notice, Seth A. Gold, along with Christina Goodrich, will serve as attorney of record for Defendant in this matter. Ms. Goodrich is filing a Notice of Appearance in this action concurrently herewith; and

2. Defendant is filing this notice for purposes of identification and preparation of a service list and it should not be construed as a waiver of any of Defendant's rights, defenses, or remedies, including but not limited to contesting personal jurisdiction and venue, all of which are expressly reserved.

K&L GATES LLP

Dated: June 25, 2014

By: /s/
Seth A. Gold
seth.gold@klgates.com
Christina N. Goodrich
christina.goodrich@klgates.com

Attorneys for Defendant Tyler Technologies, Inc.