**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Seth A. Gold (SBN 163220)
seth.gold@klgates.com
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com

Attorneys for Defendant Tyler Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBCONVERSIONS LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TYLER TECHNOLOGIES INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-cv-02072-R-VBK<br><br>**NOTICE OF APPEARANCE OF CHRISTINA N. GOODRICH**<br><br>[Assigned to the Hon. Manuel L. Real] |

---

**NOTICE OF APPEARANCE OF CHRISTINA N. GOODRICH**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** Defendant Tyler Technologies, Inc. ("Tyler" or "Defendant"), by and through their attorneys, K&L Gates LLP, hereby file this Notice of Appearance of Christina N. Goodrich.

1. K&L Gates LLP represents Tyler in this matter. The contact information for Christina N. Goodrich of K&L Gates LLP is as follows: 10100 Santa Monica Blvd., 7th Floor, Los Angeles, California 90067, telephone number (310) 552-5000, and facsimile number (310) 552-5001. Christina N. Goodrich is an associate at K&L Gates LLP. As of the date of this notice, Christina Goodrich, along with Seth A. Gold, will serve as attorney of record for Defendant in this matter. Mr. Gold recently filed his Notice of Appearance in this action; and

2. Defendant is filing this notice for purposes of identification and preparation of a service list and it should not be construed as a waiver of any of Defendant's rights, defenses, or remedies, including but not limited to contesting personal jurisdiction and venue, all of which are expressly reserved.

K&L GATES LLP

Dated: June 25, 2014     By: /s/
                              Seth A. Gold
                              seth.gold@klgates.com
                              Christina N. Goodrich
                              christina.goodrich@klgates.com

                              Attorneys for Defendant Tyler Technologies, Inc.

1
**NOTICE OF APPEARANCE OF CHRISTINA N. GOODRICH**