1  **K&L GATES LLP**
2  10100 Santa Monica Boulevard
   Seventh Floor
3  Los Angeles, California  90067
   Telephone: 310.552.5000
4  Facsimile: 310.552.5001

5  Seth A. Gold (SBN 163220)
   seth.gold@klgates.com
6  Christina N. Goodrich (SBN 261722)
   christina.goodrich@klgates.com

7  Attorneys for Defendant Tyler
   Technologies, Inc.
8

9                           UNITED STATES DISTRICT COURT

10                         CENTRAL DISTRICT OF CALIFORNIA

11 | VBCONVERSIONS LLC, a California     | Case No. 2:14-cv-02072-R-VBK
     limited liability company,
12 |                                     | [Assigned to Hon. Manuel L. Real]
                  Plaintiff,
13 |
             vs.                         | **CERTIFICATION AND NOTICE OF
14 |                                     | INTERESTED PARTIES (FED. R.
     TYLER TECHNOLOGIES INC., a          | CIV. P. 7.1 AND LOCAL RULE 7.1-1)**
15   Delaware Corporation; and DOES 1-10,
     inclusive,
16
                  Defendant.
17

18
19
20
21
22
23
24
25
26
27
28

---

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant Tyler Technologies, Inc. ("Defendant") has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Defendant, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

VBC Conversions LLC (Plaintiff)

Tyler Technologies, Inc. (Defendant)

Pursuant to L.R. 7.1-1, Defendant will update this Certification and Notice of Interested Parties should any material change in the status of the interested parties occur.  Defendant makes these disclosures without waiving any rights, including the rights to contest venue and jurisdiction.

K&L GATES LLP

Dated:  June 27, 2014        By: /s/
                                 Seth A. Gold
                                 seth.gold@klgates.com
                                 Christina N. Goodrich
                                 christina.goodrich@klgates.com

                                 Attorneys for Defendant Tyler Technologies, Inc.

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**