**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Seth A. Gold (SBN 163220)
seth.gold@klgates.com
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com

Attorneys for Defendant Tyler Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VBCONVERSIONS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 2:14-cv-02072-R-VBK<br><br>Assigned to Hon. Manuel L. Real<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: June 9, 2014<br>Current Response Date: July 15, 2014<br>New Response Date: July 30, 2014 |

Defendant TYLER TECHNOLOGIES, INC. ("Tyler") and Plaintiff VBCONVERSIONS, LLC ("VBConversions") hereby enter into this Stipulation to Extend Time to Respond to the Initial Complaint By Not More than 30 Days (L.R. 8-3) with reference to the following facts:

Whereas, Tyler was served with the initial Complaint in this case on June 9, 2014, and its response would therefore ordinarily be due by June 30, 2014;

Whereas, Tyler and VBConversions previously entered into a stipulation extending the time for Tyler to answer, move, or otherwise respond to the initial Complaint by fifteen (15) days through and including July 15, 2014, a period of time that is not more than thirty (30) days, and Tyler reserved all rights, including the right to contest venue and jurisdiction (DE 11);

Now, therefore, by and through their respective counsel of record, Tyler and VBConversions hereby stipulate that the time for Tyler to answer, move, or otherwise respond to the initial Complaint shall be extended another fifteen (15) days, through and including July 30, 2014, a period of time that when combined with the prior extension is not more than thirty (30) days. Tyler again reserves all rights, including rights to contest venue and jurisdiction.

This stipulation is made pursuant to Local Rule 8-3, which permits the parties to stipulate to extend the time to respond to an original complaint for a period of time not more than thirty (30) days without judicial approval.

All signatories listed, and on whose behalf the filing is submitted, including that below, concur in the filing's content and have authorized the filing.

DATED: July 10, 2014   K&L GATES LLP

By:     /s/
    Seth A. Gold
    Christina N. Goodrich
    Attorneys for Defendant Tyler Technologies, Inc.

| | | |
|---|---|---|
| 1 | DATED: July 10, 2014 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | |
| 3 | | By:     /s/ |
| | | Joshua S. Hodas |
| 4 | | Attorneys for Plaintiff VBConversions LLC |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28