**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Seth A. Gold (SBN 163220)
seth.gold@klgates.com
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com

Attorneys for Defendant Tyler Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VBCONVERSIONS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 2:14-cv-02072-R-VBK<br><br>Assigned to Hon. Manuel L. Real<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint Served: June 9, 2014<br>Current Response Date: July 30, 2014<br>New Response Date: August 29, 2014 |

1     Defendant TYLER TECHNOLOGIES, INC. ("Tyler") and Plaintiff VBCONVERSIONS, LLC ("VBConversions") (collectively, the "Parties") hereby enter into this Stipulation to Extend Time to Respond to the Initial Complaint with reference to the following facts:

    Whereas, Tyler was served with the initial Complaint in this case on June 9, 2014, and its response would therefore ordinarily be due by June 30, 2014;

    Whereas, Tyler and VBConversions previously entered into two stipulations extending the time for Tyler to answer, move, or otherwise respond to the initial Complaint by a total of thirty (30) days through and including July 30, 2014 and Tyler reserved all rights, including the right to contest venue and jurisdiction (DE 11, 15);

    Whereas, Tyler and VBConversions have reached a settlement in principle, subject to the preparation and execution of a written settlement agreement. The Parties expect to prepare and execute the written settlement agreement and file a stipulation for dismissal of the entire action with prejudice within the next thirty (30) days;

    Whereas, this action is not yet fully at issue. The Court has not yet set a trial date or scheduling conference. The Parties have not previously requested an extension from the Court and have only extended the responsive deadline for thirty day pursuant to Local Rule 8-3;

    Now, therefore, good cause appearing, Tyler and VBConversions, by and through their respective counsel of record, hereby stipulate and respectfully request the Court extend the time for Tyler to answer, move, or otherwise respond to the initial Complaint thirty (30) days, through and including August 29, 2014 in order for the parties to prepare and execute the written settlement agreement. Tyler again reserves all rights, including rights to contest venue and jurisdiction.

All signatories listed, and on whose behalf the filing is submitted, including that below, concur in the filing's content and have authorized the filing.

DATED: July 30, 2014        K&L GATES LLP

By:  /s/
Seth A. Gold
Christina N. Goodrich
Attorneys for Defendant Tyler Technologies, Inc.

DATED: July 30, 2014        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/
Joshua S. Hodas
Attorneys for Plaintiff VBConversions LLC