1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VBCONVERSIONS LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>   vs.<br><br>TYLER TECHNOLOGIES INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>        Defendant. | CASE NO. 2:14-cv-02072-R-VBK<br><br>Assigned to Hon. Manuel L. Real<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served:  June 9, 2014<br>Current Response Date: July 30, 2014<br>New Response Date: August 29, 2014 |

[PROPOSED] ORDER STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Having considered TYLER TECHNOLOGIES, INC. ("Tyler") and Plaintiff VBCONVERSIONS, LLC ("VBConversions") Stipulation to Extend Time to Respond to the Initial Complaint, the Court rules as follows:

The request is granted.  The deadline for Tyler to answer, move, or otherwise respond to the initial Complaint is hereby extended up to and including August 29, 2014.

**IT IS SO ORDERED.**

Dated: _____          _____

Honorable Manual L. Real
United States District Judge

[PROPOSED] ORDER STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT