UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VBCONVERSIONS LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TYLER TECHNOLOGIES INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | CASE NO. 2:14-cv-02072-R-VBK<br><br>Assigned to Hon. Manuel L. Real<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: June 9, 2014<br>Current Response Date: July 30, 2014<br>New Response Date: August 29, 2014 |

1  Having considered TYLER TECHNOLOGIES, INC. ("Tyler") and Plaintiff
2  VBCONVERSIONS, LLC ("VBConversions") Stipulation to Extend Time to
3  Respond to the Initial Complaint, the Court rules as follows:
4  The request is granted.  The deadline for Tyler to answer, move, or otherwise
5  respond to the initial Complaint is hereby extended up to and including August 29,
6  2014.

## NO FURTHER DELAY.

10  IT IS SO ORDERED.

11  Dated:   JULY 30, 2014                    _____
                                              Honorable Manual L. Real
                                              United States District Judge